

U.S. Department of Justice

**Tara K. McGrath**
United States Attorney
Southern District of California

*Zachary J. Howe*          *(619) 546-8693*
*Assistant United States Attorney*

*San Diego County Office*          *Imperial County Office*
*Federal Office Building*          *516 Industry Way*
*880 Front Street, Room 6293*          *Suite C*
*San Diego, California 92101-8893*          *El Centro, California 92231*

December 11, 2023

Molly Dwyer, Clerk
U.S. Court of Appeals, Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:    *United States v. Rojo*, No. 23-598
             Oral Argument Not Yet Scheduled

Dear Ms. Dwyer:

    The government notices *United States v. Forbito*, No. 22-11026, 2023 WL 8274528 (5th Cir. Nov. 30, 2023) (unpublished); *United States v. Miles*, 86 F.4th 734 (7th Cir. 2023); *Vincent v. Garland*, 80 F.4th 1197 (10th Cir. 2023); *United States v. Dunn*, 76 F.4th 1062 (8th Cir. 2023); and *United States v. Cunningham*, 70 F.4th 502 (8th Cir. 2023).

    *Cunningham*, applying prior post-*Bruen* precedent from the Eighth Circuit, held that "[t]he longstanding prohibition on possession of firearms by felons is constitutional." 70 F.4th at 506 (citing *United States v. Jackson*, 69 F.4th 495, 501–02 (8th Cir. 2023)). *Forbito*, *Miles*, and *Dunn* all upheld § 922(g)(1) against *Bruen*-based Second Amendment challenges on plain-error review. *See Forbito*, 2023 WL 8274528, at *8; *Miles*, 86 F.4th at 740–41; *Dunn*, 76 F.4th at 1068. And *Vincent* upheld § 922(g)(1) after concluding that *Bruen* did not overrule its prior precedent upholding the law. *See* 80 F.4th at 1201–02.

    Those cases support the government's arguments that: (1) *Bruen* did not overrule this Court's prior precedent upholding § 922(g)(1), Ans. Br. 9–20; and (2) the

Ms. Molly Dwyer, Clerk
Re: *United States v. Rojo,* No. 23-598
December 11, 2023
Page 2

Court should conclude that § 922(g)(1) is constitutional even if it performs the analysis anew, Ans. Br. 20–48.

                Sincerely,

                TARA K. MCGRATH
                United States Attorney

                *s/ Zachary J. Howe*
                ZACHARY J. HOWE
                Assistant U.S. Attorney